UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
       :
BARUCH MENDLOWICH,       :
       :
                      Plaintiff,    :
       :      24-CV-3364 (VSB)
                -against-    :
       :      **ORDER**
SILLS CUMMIS & GROSS P.C.       :
and JOSHUA N. HOWLEY,       :
       :
                      Defendants.  :
       :
*This order concerns all related cases.*       :
---------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff commenced this action in the Supreme Court of the State of New York, County of New York, by filing a Summons with Notice rather than a full complaint. Defendants subsequently removed the case before a complaint was served. Because the Federal Rules of Civil Procedure govern cases removed to federal court, Plaintiff is directed to file a complaint that complies with the Federal Rules by May 31, 2024. *See Berry v. Village of Millbrook*, 815 F. Supp. 2d 711, 714 (S.D.N.Y. 2011) (after removal, directing the plaintiff who had filed a summons with notice in state court to file "a complaint in conformance with the Federal Rules"). Failure to comply with this Order will result in dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). Defendants are directed to serve a copy of this Order on Plaintiff and to file proof of service on the docket by May 17, 2024.

SO ORDERED.

Dated: May 10, 2024
      New York, New York

Vernon S. Broderick
United States District Judge