**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARUCH MENDLOWICH,<br><br>        Plaintiff,<br><br>-against-<br><br>SILLS CUMMIS & GROSS P.C. and JOSHUA N. HOWLEY,<br><br>        Defendants. | Case No. 24-CV-03364 (VSB)<br><br>**NOTICE OF MOTION TO CONSOLIDATE RELATED ACTIONS** |

  **PLEASE TAKE NOTICE** that upon the attached Declaration of Randy Moonan, Esq. dated May 16, 2024, and exhibits attached thereto, the accompanying Memorandum of Law, and upon all prior pleadings filed and proceedings had herein, Defendants, Sills Cummis & Gross P.C. and Joshua N. Howley (collectively "Defendants"), through their attorneys, Sills Cummis & Gross P.C., will move before the Honorable Vernon S. Broderick, U.S.D.J, United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 518, New York, NY 10007, on June 7, 2024 at 9:30 A.M. or as soon thereafter as Defendants may be heard, for an Order (i) consolidating the Related Actions,[1] pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, on the grounds that they involve common questions of law and fact, and (ii) granting Defendants such other and further relief as the Court may deem just and proper.

---

[1]   Each of the Related Actions and their index numbers are identified in Appendix A.

Dated: New York, New York        **SILLS CUMMIS & GROSS P.C.**
       May 16, 2024

   _/s/ Mitchell D. Haddad_
Mitchell D. Haddad, Esq.
Randy Moonan, Esq.
101 Park Avenue, 28th Floor
New York, NY 10178
Telephone: (212) 643-7000
Facsimile: (212) 643-6500
mhaddad@sillscummis.com
rmoonan@sillscummis.com

*Attorneys for Defendants*
*Sills Cummis & Gross P.C. and Joshua N. Howley*

## APPENDIX A

### (Related Actions)

1. *Baruch Mendlowich v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03364 (VSB) (S.D.N.Y.)

2. *Bersh Stern v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03371 (VSB) (S.D.N.Y.)

3. *David Fried et al. v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03375 (VSB) (S.D.N.Y.)

4. *Henrique Fekete v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03378 (VSB) (S.D.N.Y.)

5. *Issac Czimet v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03379 (VSB) (S.D.N.Y.)

6. *Issac Triegar et al v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03415 (VSB) (S.D.N.Y.)

7. *Jacob Schwimmer et al. v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03380 (VSB) (S.D.N.Y.)

8. *Joel Greenfield v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03384 (VSB) (S.D.N.Y.)

9. *Joel Tyrnauer v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03386 (VSB) (S.D.N.Y.)

10. *Joseph Feder v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03387 (VSB) (S.D.N.Y.)

11. *Joseph Friedman v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03389 (VSB) (S.D.N.Y.)

12. *Joseph Jacob V. Sills Cummis & Gross P.C. et al.*, No.24-CV-03391 (VSB) (S.D.N.Y.)

13. *Joseph Mendlowits et al. v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03394 (VSB) (S.D.N.Y.)

14. *Lipa Zicherman v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03402 (VSB) (S.D.N.Y.)

15. *Mayer Ganzfried v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03405 (VSB) (S.D.N.Y.)

16. *Mayer Handler v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03406 (VSB) (S.D.N.Y.)

17. *Simon Strulovic v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03407 (VSB) (S.D.N.Y.)

18. *Yechiel A. Klein v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03410 (VSB) (S.D.N.Y.)

19. *Yehuda Kohn v. Sills Cummis & Gross P.C. et al.*, No. 24-CV-03412 (VSB) (S.D.N.Y.)